

# Fourth Court of Appeals
## San Antonio, Texas

Wednesday, March 11, 2015

No. 04-14-00809-CR

Ex Parte George **GARCIA**,
Appellant

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2000CR5603W
The Honorable Andrew Wyatt Carruthers, Judge Presiding

## O R D E R

On February 23, 2015, we granted Appellant's motion and abated this cause to the trial court for it to make findings of fact and conclusions of law. *See* TEX. CODE CRIM. PROC. ANN. art. 11.072 § 7(a) (West Supp. 2014); *Ex parte Zantos-Cuebas*, 429 S.W.3d 83, 91–92 (Tex. App.—Houston [1st Dist.] 2014, no pet.).

On March 10, 2015, the trial court made its findings of fact and conclusions of law, and the Bexar County District Clerk filed a supplemental clerk's record.

We REINSTATE the appellate timetable; Appellant's brief is due on March 30, 2015. *See* TEX. R. APP. P. 38.6(a).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court